IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:19mj 98 |
| ) | |
| ANGELICA M. GERALD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Citation No. 6831499)

Beginning in or about February of 2019, and continuing through in or around April of 2019, in the Eastern District of Virginia, the defendant, ANGELICA M. GERALD, did knowingly and willfully obstruct the passage or retard the passage of the mails by opening mail entrusted to her in her capacity as a mail carrier such that the mail was not delivered to the addressed recipients or returned to its identified sender.

(In violation of Title 18, United States Code, Section 1701).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Kenneth R. Simon, Jr.
Assistant United States Attorney

1